# IN THE SUPREME COURT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : NO. 231 |
| | : |
| FINANCIAL INSTITUTIONS | : DISCIPLINARY RULES DOCKET |
| APPROVED AS DEPOSITORIES FOR | : |
| FIDUCIARY ACCOUNTS | : |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 7th day of February, 2023, it is hereby Ordered that the financial institutions named on the attached list are approved as depositories for fiduciary accounts in accordance with Pa.R.D.E. 221.